**Dennis F. ROBERTSON,**
**Plaintiff/Appellant,**

v.

**A.I.G. AGENCY, et al.,**
**Defendant/Respondent.**

No. 64009.

Missouri Court of Appeals,
Eastern District,
Division One.

July 12, 1994.

Roger S. Lahr, St. Louis, for appellant.

Benson Cytron, Daniel A. Cytron, Cytron Law Offices, House Springs, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Employee appeals from the trial court's decree granting employer, A.I.G. Agency,

Inc., an injunction based upon a noncompetition clause contained in a contract between employee and employer. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).